DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSIE SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2531

[January 26, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 08-012686 CF10A.

Jessie Smith, Daytona Beach, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CIKLIN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***